1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  HEIDI KELLERHALS,                       No. 1:20-CV-01279-NONE-EPG

12              Plaintiff,                   SCREENING ORDER

13       v.                                  ORDER FINDING SERVICE OF
                                             COMPLAINT APPROPRIATE AND
14  MAIRA RUELAS, et al.,                    FORWARDING SERVICE DOCUMENTS TO
                                             PLAINTIFF
15              Defendants.
                                             (ECF No. 1)
16

17       On August 8, 2020, Plaintiff Heidi Kellerhals ("Plaintiff"), proceeding *in forma pauperis*,

18  filed the complaint commencing this action under 42 U.S.C. § 1983.  The Court has screened

19  Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that the complaint

20  sufficiently states cognizable claims against Defendants Ruelas, Gonzalez and Tulare County

21  under 42 U.S.C. § 1983 to proceed past the screening stage. The Court also finds the complaint

22  appropriate for service of process.

23       Accordingly, it is HEREBY ORDERED that:

24   1) Service is appropriate for the following defendants:

25         a.  Maira Ruelas

26         b.  Brennan Gonzalez

27         c.  Tulare County

28  ///

1

2) The Clerk of Court shall SEND Plaintiffs three (3) USM-285 forms; three (3) summons; a Notice of Submission of Documents form; an instruction sheet; and one (1) copy of the complaint filed on September 6, 2020 (ECF No. 1).

3) Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for each Defendant;

   b. A completed USM-285 form for each Defendant; and

   c. Four (4) copies of the complaint filed on September 6, 2020 (ECF No. 1).

4) Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5) Alternatively, Plaintiff may serve any or all Defendants herself. If Plaintiff chooses this option, Plaintiff shall notify the Court within **thirty (30) days** that she will be serving any or all Defendants with the assistance of her counsel.

IT IS SO ORDERED.

Dated:   **September 10, 2020**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2