UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI KELLERHALS, | No.  1:20-cv-01279-NONE-EPG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS, INCLUDING DISMISSAL OF THIS CASE, SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| MAIRA RUELAS, et al., | |
| Defendants. | |

On September 11, 2020, the Court screened the complaint filed by Plaintiff Heidi Kellerhals ("Plaintiff"), found it appropriate for service, and ordered Plaintiff to, within thirty days, either complete and submit service documents to the Court or notify the Court that she intended to serve Defendants herself. (ECF No. 11 at 2). More than thirty days have elapsed, and Plaintiff has neither submitted the service documents nor informed the Court that she will serve the Defendants herself.

Based on the foregoing, Plaintiff IS ORDERED to show cause why sanctions up to and including dismissal of this case should not be imposed for failing to comply with the Court's September 11, 2020 order. Plaintiff shall file a written show cause response within thirty (30) days of this Order.

IT IS SO ORDERED.

Dated:  __November 30, 2020__          /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE

1