UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI KELLERHALS,<br><br>            Plaintiff,<br><br>      v.<br><br>MAIRA RUELAS, et al.,<br><br>            Defendants. | No.  1:20-cv-01279-NONE-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDERING PLAINTIFF TO FILE PROOF OF SERVICE |

On November 30, 2020, the Court ordered Plaintiff to show cause why sanctions, including dismissal, should not issue due to Plaintiff's failure to comply with a Court order concerning service of process and due to Plaintiff's failure to prosecute in connection with failing to conduct service of process. (ECF No. 12). The same day, Plaintiff responded to the order to show cause, explaining that Defendants in this action had been served and the parties agreed that Defendants would answer no later than December 4, 2020. (ECF No. 13).

Federal Rule of Civil Procedure 4(*l*)(1) requires a party to file proof of service: "Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."

///

///

///

Accordingly, it is HEREBY ORDERED that (1) the order to show cause (ECF No. 12) is DISCHARGED and (2) within three days, Plaintiff shall file proof of service.

IT IS SO ORDERED.

Dated: __**December 1, 2020**__       /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE