UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI KELLERHALS,<br><br>                Plaintiff,<br><br>        v.<br><br>MAIRA RUELAS, ET AL.<br><br>                Defendants. | OLD CASE: 1:20-CV-01279 NONE-EPG<br><br>NEW CASE: 1:20-CV-01279 EPG<br><br><u>ORDER ASSIGNING CASE</u><br><u>RE PRESIDING JUDGE</u> |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action.  The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE

## NUMBERED AS FOLLOWS:

## 1:20-CV-01279 EPG

IT IS SO ORDERED.

   Dated:   **December 21, 2020**                    /s/ Dale A. Drozd
                                                                           UNITED STATES DISTRICT JUDGE